IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 1:13-CR-602-02 |
| | § | |
| LUCELLY MARTINEZ | § | |

## ORDER

BE IT REMEMBERED on this 14th day of November, 2013, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed August 8, 2013, wherein the defendant Lucelly Martinez waived appearance before this Court and appeared before the United States Magistrate Judge Ronald G. Morgan for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Lucelly Martinez to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge is hereby adopted. The Court finds the defendant Lucelly Martinez guilty of the offense of knowingly and in reckless disregard of the fact that C.M.B. a juvenile alien who had come to, entered, and remained in the United States in violation of law, did transport and move, and attempt to transport and move such alien within the United States, from near Brownsville, Texas to near Brownsville, Texas, by means of a motor vehicle, in furtherance of such violation of law for private financial gain, in violation of 8 U.S.C. 1324(a)(1)(A)(ii), 1324 (a)(1)(A)(v)(II) and 1324(a)(1)(B)(i).

Signed this 14th day of November, 2013.

Andrew S. Hanen
United States District Judge